MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KATIE BURROUGHS MEDEARIS (CABN 262539)
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Facsimile: (415) 436-7234
   Email: katie.medearis@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 3:12-CR-00874-RS |
| Plaintiff, | |
| v. | **STIPULATION AND [~~PROPOSED~~] ORDER CHANGING DATE OF SENTENCING FROM MAY 28, 2013 TO JUNE 11, 2013** |
| GRACIELA QUINONEZ RIVERA, | |
| Defendant. | |

This matter is presently set for sentencing on May 28, 2013. The parties hereby stipulate and request the Court's approval to reschedule the sentencing to June 11, 2013. The parties make this request in light of counsel's unavailability on the current sentencing date and in consideration of the fact that defense counsel will be traveling from Los Angeles to appear in this matter. This is the only request that the parties have made to change the date of sentencing. The request is made in good faith and the parties do not believe that the two week delay will unfairly prejudice the defendant.

///

SO STIPULATED:

                                      MELINDA HAAG
                                      United States Attorney

DATED:    May 21, 2013                 /s/
                                      KATIE BURROUGHS MEDEARIS
                                      Assistant United States Attorney

DATED:    May 21, 2013                 /s/
                                      RICHARD NAHIGIAN
                                      Attorney for Graciela Quinonez Rivera

///

///

///

**[PROPOSED] ORDER**

For the reasons stated above, and good cause appearing therefore, the Court sets June 11, 2013, as the date for the sentencing in this matter.

IT IS SO ORDERED.

DATED: 5/22/13

_____
HON. RICHARD SEEBORG
United States District Court Judge