1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. Douglas Wilson (DCBN 412811)
3  Chief, Criminal Division

4  KATIE BURROUGHS MEDEARIS (CABN 262539)
   Assistant United States Attorney
5     450 Golden Gate Avenue, Box 36055
      San Francisco, California  94102
6     Telephone:    (415) 436-7200
      Facsimile:    (415) 436-7234
7     Email: katie.medearis@usdoj.gov

8  Attorneys for Plaintiff

9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,        )    CR No. 3:12-CR-00874-RS
                                     )
15          Plaintiff,                )
                                     )    **STIPULATION AND [PROPOSED]**
16     v.                            )    **ORDER CHANGING DATE OF**
                                     )    **SENTENCING**
17  GRACIELA QUINONEZ RIVERA,        )
                                     )
18          Defendant.               )
                                     )

19

20          This matter is set for sentencing on September 24, 2013.  The parties hereby

21  stipulate to reset the sentencing to November 5, 2013 and respectfully request the Court's

22  approval to do so.  The parties make this request because they agree that further investigation is

23  required in this matter.

24

25

26

27  ///

28  ///

STIPULATION & [PROPOSED] ORDER CHANGING HEARING DATE

The Government and defense counsel believe that the delay is in the interests of justice and make their request in good faith.

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: September 19, 2013

/s/
KATIE BURROUGHS MEDEARIS
Assistant United States Attorney

DATED: September 19, 2013

/s/
RICHARD NAHIGIAN
Attorney for Graciela Quinonez Rivera

**[PROPOSED] ORDER**

For the reasons stated the parties, and good cause appearing therefore, the Court sets November 5, as the date for sentencing and finds it in the interests of justice to reschedule the matter accordingly.

IT IS SO ORDERED.

DATED: 9/20/13

_____
HONORABLE RICHARD SEEBORG
United States District Court Judge